In Ex parte Collier, Tex.Crim.App., 243 S.W.2d 177, we recently had an occasion to discuss our prior opinions dealing with this subject to which reference is here made.

Having concluded that the above order is sufficient to cumulate the sentences, the relief prayed for is denied.

## Ex parte ANDERSON.
### No. 25435.

Court of Criminal Appeals of Texas.

Oct. 17, 1951.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

WOODLEY, Commissioner.

After hearing, Hon. Langston King, Judge of Criminal District Court No. 2 of Harris County, denied appellant's applica-

tion for release in a habeas corpus proceeding, and remanded relator for extradition under the executive warrant to the State of Alabama, from which order this appeal is prosecuted.

■ In the absence of a showing to the contrary, it must be presumed that the action of the governor in issuing his executive warrant was proper. See Ex parte Celey, 110 Tex.Cr.R. 454, 10 S.W.2d 94.

There is no statement of facts in the record.

■ The governor's warrant appears in all respects regular, and in the absence of a statement of facts, nothing is presented for review.

The judgment is affirmed.

Opinion approved by the Court.